AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

FILED
MAR 13 2008

| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
|---|---|
| v. | |
| DAVID GUTIERREZ-LOPEZ | CASE NUMBER: 08cr0744-JLS |

I, **DAVID GUTIERREZ-LOPEZ**, the above named defendant, who is accused of the committing the following offense:

Title 8, U.S.C., Sec. 1326(a) - Deported Alien Found in the United States (Felony)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 3/13/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

David Gutierrez Lopez
Defendant

_Gary Edwards_
Counsel for Defendant

Before _UMcCurine Jr._
JUDICIAL OFFICER